UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

REC'D/FILED

2018 NOV 15 AM 11:45

PETER OPPENEER
CLERK US DIST CC
WD OF WI

PATRICK A. KELLER )
    Plaintiff, )
    vs. ) Case No.
LIZZIE TEGELS, ET AL. )
    Defendants. )

SWORN AFFIDAVIT IN A CIVIL ACTION

I, Alicyn Keller, hereby swear under penalty of perjury:

1. I am the biological mother and legal guardian of A███ K███ and A███ K███ ("the Children"), the children with whom Patrick Keller is seeking visitation.

2. Patrick Keller is my legal husband and the biological father and legal guardian of the Children.

3. Patrick and I, along with the Children, lived together before our respective incarcerations, and we intend to continue living together as a family when Patrick is released from prison.

4. The victim from Patrick's and my respective criminal cases, A.M., is no longer in our custody.

5. Patrick has never been charged with causing harm or abuse to the Children.

6. I support Patrick's desire to have in-person visitation with me and with the Children.

7. The Children want to have visitation with Patrick.

8. The Children and I would like to join Patrick's lawsuit as plaintiffs, but we cannot afford an attorney, and the Children

1

would need an attorney or guardian ad litem to be appointed by the court.

I declare under penalty of perjury that the foregoing is true and correct.

*Alicyn Keller*
ALICYN KELLER
316 East Capitol
#2
Hartland, WI 53029

JURAT

State of: Wisconsin       County of: Waukesha

This document was acknowledged before me on:

Date: November 1, 2018. By principal: *Alicyn Keller*

Signature of notary *Marianne Kasmarick*

Name of notary: Marianne Kasmarick

My commission expires: 6-30-20

[Notary seal: MARIANNE KASMARICK, NOTARY PUBLIC, STATE OF WISCONSIN]

2