IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICK A. KELLER,

    Plaintiff,

  v.

LIZZIE TEGELS, MELINDA DERUS, OLIVIA SOLBERG, CATHY JESS, ASHLEY HAKES, CHRISTOPHER BUESGEN, JODI DOUGHERTY, BRAD HOMPE and CINDY O'DONNELL,

    Defendants.

Case No. 18-cv-945-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/25/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |