IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICK A. KELLER,

     Plaintiff,

     v.

                              Case No.   18-cv-945-wmc

LIZZIE TEGELS, MELINDA DERUS,
OLIVIA SOLBERG, CATHY JESS,
ASHLEY HAKES, CHRISTOPHER
BUESGEN, JODI DOUGHERTY, BRAD
HOMPE, and CINDY O'DONNELL,

     Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | January 3, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |